IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01457-RPM

JAMES DONALD BOVE,

    Plaintiff,

vs.

COLORADO CENTER FOR NEUROLOGICAL REHABILITATION, INC. d/b/a NEUROSCIENCE ASSOCIATION,

    Defendant.

---

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

    The Court has signed a Protective Order for the confidentiality of certain information in this case.  The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings.  It is

    ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under restriction based on the Protective Order.

    DATED:  October 31st, 2014

                                               BY THE COURT:

                                               s/Richard P. Matsch

                                               _____
                                               Richard P. Matsch, Senior Judge