IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01457-RPM

JAMES DONALD BOVE,

    Plaintiff,

v.

COLORADO CENTER FOR NEUROLOGICAL REHABILITATION, INC. d/b/a NEUROSCIENCE ASSOCIATION, a Colorado corporation.

    Defendant.

___

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER
___

The Court having reviewed the file and Joint Motion to Amend Scheduling Order hereby grants the Joint Motion to Amend Scheduling Order.

IT IS SO ORDERED THAT  The Scheduling Order shall be amended as follows:

1) The language of Paragraph 7(d)(1) and (2) of the Scheduling Order shall be amended to read:

    **d. Expert Witness Disclosure:**

        (1) The parties shall identify anticipated fields of expert testimony, if any.

            The Plaintiff anticipates a need for specially retained experts on economic loss and vocational rehabilitation.  Plaintiff additionally anticipates a need for testimony from Plaintiff's treating medical providers regarding the scope of his disability and medical treatment he has received.

Defendant anticipates the need for a medical expert to opine on Plaintiff's disability claims and rebuttal experts.

(2) Limitations which the parties propose on the use or number of expert witnesses. The parties propose a limitation of no more than two (2) specially retained experts per side.

2) The discovery cut-off is extended until May 17, 2015.

3) The deadline for service of interrogatories and requests for product of documents and/or admissions is extended to April 10, 2015.

4) The dispositive motion deadline is extended until June 22, 2015.

So Ordered, this 3rd day of February 2015.

                                                s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch
                                       Senior United States District Court Judge