THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01457-RPM

JAMES DONALD BOVE,

    Plaintiff,

v.

COLORADO CENTER FOR NEUROLOGICAL REHABILITATION, INC. d/b/a
NEUROSCIENCE ASSOCIATION, a Colorado corporation,

    Defendant.

## Order Regarding
## Emergency Motion for a Protective Order to Stay Discovery and All Deadlines Set Forth in the Amended Scheduling Order

THIS MATTER comes before the Court on the Emergency Motion of Defendant Colorado Center for Neurological Rehabilitation, Inc. d/b/a Neuroscience Associates (CCNR), for a Protective Order to Stay Discovery and All Deadlines Set forth in the Amended Scheduling Order. The Court having read the motion and being sufficiently advised,

HEREBY ORDERS that the motion is GRANTED. Discovery is stayed for 60 days, up to and including May 1, 2015. On that date CCNR's counsel, after conferring with Plaintiff's counsel, will provide a status update to the Court with a proposed Amended Scheduling Order.

DATED: March 4th, 2015

                                      By the Court:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior Judge