IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01457-RPM

JAMES DONALD BOVE,

    Plaintiff,

vs.

COLORADO CENTER FOR NEUROLOGICAL REHABILITATION, INC. d/b/a NEUROSCIENCE ASSOCIATION, a Colorado corporation.

    Defendant.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [Doc. 38], it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and costs.

DATED:   September 10th, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge